```
                                        FILED ___ LODGED
                                        RECEIVED ___ COPY

                                        OCT 2 4 2023

                                        CLERK U S DISTRICT COURT
                                        DISTRICT OF ARIZONA
                                        BY_____ DEPUTY
```

GARY M. RESTAINO
United States Attorney
District of Arizona

CHRISTINA J. REID-MOORE
Assistant United States Attorney
Arizona State Bar No. 018579
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Christina.reid-moore@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-8117-PCT-DLR (DMF) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153, 2243(a), and 2246(2) |
| Cory Grayshawn Hurd, | (CIR: Sexual Abuse of a Minor) Counts 1 and 2 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or between October 13, 2021 and October 13, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant CORY GRAYSHAWN HURD, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with the victim, Jane Doe, a child who had attained the age of 12, but had not attained the age of 16, and is at least four years younger than defendant. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight.

In violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246(2).

## COUNT 2

On or between October 13, 2021 and October 13, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant CORY GRAYSHAWN HURD, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with the victim, Jane Doe, a child who had attained the age of 12, but had not attained the age of 16, and is at least four years younger than defendant. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight.

In violation of Title 18, United States Code, Sections 1153, 2243(a), and 2246(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 24, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
CHRISTINA J. REID-MOORE
Assistant U.S. Attorney